UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>v.<br><br>SAYNAB HUSSEIN,<br><br>              Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

INFORMATION  CR13-222 RHK

(18 U.S.C. § 1623)

THE UNITED STATES ATTORNEY CHARGES THAT:

## COUNT 1
### (Perjury)

On or about June 16, 2009, in the State and District of Minnesota, while testifying under oath in a proceeding before a Grand Jury of the United States, the defendant,

## SAYNAB HUSSEIN,

did knowingly make a false material declaration, in violation of Title 18, United States Code, Section 1623(a); that is, she did not know anyone who raised money for the individuals who left Minnesota to fight against Ethiopian troops then present in Somalia assisting the internationally-recognized Transitional Federal Government of Somalia, when as she then well knew, she herself (1) was asked to send money to these

SCANNED
AUG 2 8 2013
U.S. DISTRICT COURT MPLS

United States v. Saynab Hussein

individuals, and (2) personally participated with others, both known and unknown to the

Grand Jury, in raising money for them.

Dated: August 28, 2013

JOHN R. MARTI
Acting United States Attorney

BY: LEEANN K. BELL
Assistant U.S. Attorney
Attorney ID No. 318334

CHARLES J. KOVATS, JR.
Assistant U.S. Attorney

WILLIAM NARUS
Trial Attorney
National Security Division

2