**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v ) | Criminal No.  13-222 (RHK) |
| SAYNAB HUSSEIN ) | |
| _____, | |
| UNITED STATES OF AMERICA ) | |
| ) | |
| v ) | Criminal No.  09-50 (MJD/FLN) |
| ABDIFATAH YUSUF ISSE ) | |
| _____ | |

**NOTICE TO THE COURT OF POSSIBLE RELATED CASES**

The undersigned attorney hereby notifies the Court and counsel that the above-captioned cases are related for the following reasons:

■   Cases involving the same act or transaction connected with or constituting a part of a common conspiracy, scheme or plan.

■   Cases that arise out of the same investigation and have temporal proximity.

■   The cases stem from an investigation of a common organization; e.g., a particular gang,  corporation, financial institution, etc., and the cases involve common personnel and/or factual scenarios.

Dated: August 28, 2013          Respectfully submitted,

                                JOHN R. MARTI
                                Acting United States Attorney

                                s/LeeAnn K. Bell
                                BY:  LEEANN K. BELL
                                Assistant United States Attorney
                                Attorney ID No. 318334