PS 8  
(Rev 5/10)

**Filed by the Clerk**

UNITED STATES DISTRICT COURT  
For  
District of Minnesota

U.S.A. vs. Saynab Abdirashid Hussein                           Docket No. 0864 0:13CR00222-001

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Houa Vang, U.S. Probation Officer, presenting an official report upon the conduct of the defendant, Saynab Abdirashid Hussein, who was continued on pretrial supervision by Your Honor, sitting in the Court at Minneapolis, on the 21st day of January, 2014, under the following special conditions:

- Pretrial Services Supervision
- Surrender Passport
- Obtain No New Passport
- Travel Restrictions
- Weapons Restriction
- If reasonable cause, the defendant shall submit her smartphone, cell phone, computer, or any other electronic devices to a search by the U.S. Probation Office.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On January 21, 2014, the defendant appeared before Your Honor and was ordered to undergo a mental health assessment.

PRAYING THAT THE COURT WILL ORDER:

That the defendant's conditions of release be modified to include: The defendant shall participate in a psychological/psychiatric assessment and counseling or treatment program, as approved by the probation officer. Further, the defendant shall contribute to the costs of such treatment as determined by the Probation Office Co-Payment Program not to exceed the total cost of treatment.

| ORDER OF COURT | I declare under penalty of perjury that the forgoing is true and correct. |
|---|---|
| Considered and ordered this __28th__ day of January, 2014, and ordered filed and made a part of the records in the above case. | s/ *Houa Vang* <br> Houa Vang <br> U.S. Probation Officer <br> 651-848-1273 |
| s/Michael J. Davis <br> Honorable Michael J. Davis <br> Chief U.S. District Judge | Executed on January 27, 2014 <br> Place St. Paul |
| | Approved: <br><br> s/ *John G. Baskfield* <br><br> John G. Baskfield <br> Supervising U.S. Probation Officer |