# United States District Court
## District of Minnesota

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**Saynab Abdirashid Hussein**<br>*aka Saynab Hussein* | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation)<br>Case Number: 13-cr-222 (01) (MJD)<br>USM Number: 17300-041<br>Social Security Number: 4878<br>Date of Birth: 1989<br><br>Dulce Foster and John Lundquist<br>Defendant's Attorney |

**THE DEFENDANT**:

[X]  pleaded guilty to count 1 of the Felony Information.
[]   pleaded nolo contendere to counts(s)  which was accepted by the court.
[]   was found guilty on count(s)  after a plea of not guilty.
The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18:1623(a) | Perjury | 6/16/09 | 1 |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[]   The defendant has been found not guilty on counts(s) .
[]   Count(s)  (is)(are) dismissed on the motion of the United States.

A $100.00 special assessment for the Crime Victims Fund is required by statue to be paid immediately.


It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material change in the economic circumstances.

May 14, 2014
Date of Imposition of Judgment

s/Michael J. Davis
Signature of Judge

MICHAEL J. DAVIS, Chief United States District Judge
Name & Title of Judge

May 15, 2014
Date

AO 245D (Rev. 11/11)  Sheet 4 - Probation

**DEFENDANT:**      SAYNAB ABDIRASHID HUSSEIN
**CASE NUMBER:**   13-CR-222 (01) (MJD)

# PROBATION

The defendant is hereby sentenced to probation for a term of 36 months.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant must refrain from any unlawful use of a controlled substance. The defendant shall submit one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter as determined by the court.

[X]   The above drug testing condition is suspended based on the Court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

[X]   The defendant shall not possess a firearm, destructive device, or any other dangerous weapon. (Check, if applicable.)

[X]   The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

[]    The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

[]    The defendant shall participate in an approved rehabilitation program for domestic violence. (Check, if applicable.)


If this Judgment imposes a fine or restitution, it is a condition of probation that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this Court as well as any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without permission of the court or probation officer;
2) the defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependants and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT:      SAYNAB ABDIRASHID HUSSEIN
CASE NUMBER:    13-CR-222 (01) (MJD)

## ADDITIONAL PROBATION TERMS

a   The defendant shall submit his person, residence, office, vehicle, or an area under the defendant's control to a search conducted by a United States Probation Officer or supervised designee, at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a supervision violation. The defendant shall warn any other residents or third parties that the premises and areas under the defendant's control may be subject to searches pursuant to this condition.

b   If not employed at a regular lawful occupation or enrolled in and educational institution, as deemed appropriate by the probation officer, the defendant may be required to perform up to 20 hours of community service per week until employed or enrolled in schooling. The defendant may also participate in training, counseling, daily job search, or other employment-related activities, as directed by the probation officer.

c   The defendant shall comply with all Immigration rules and regulations and, if deported from this country, either voluntarily or involuntarily, not reenter the United States illegally.  Upon any reentry to the United States during the period of court-ordered supervision, the defendant shall report to the nearest U.S. Probation and Pretrial Services Office within 72 hours.

d   The defendant shall perform 100 hours of community service each year of her Probation Sentence. The community service plan should be devised with input from the U.S. Probation Office, Federal Bureau of Investigation, and U.S. Attorneys Office and should include educational components within the Somalian community.